**C. I. T. CORPORATION, Joseph B. Whitman, and Winternitz-Tauber Co. v. UNION GUARDIAN TRUST COMPANY, as Receiver of CHAS. H. WERNER & SONS COMPANY, Bankrupt.**

No. 6271.

Circuit Court of Appeals, Sixth Circuit.

Oct. 4, 1932.

Max Kahn and Leonard V. Pylkas, both of Detroit, Mich., for appellants.

Louis G. Friedman, of Detroit, Mich., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

**Robert CLARK v. UNITED STATES of America.**

No. 4857.

Circuit Court of Appeals, Seventh Circuit.

Oct. 6, 1932.

George R. Jeffrey, U. S. Atty., of Indianapolis, Ind., for appellee.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, it is now here ordered and adjudged by this court that this cause be docketed in this court, and that this appeal be, and the same is hereby, dismissed, pursuant to section 1 of rule 14 of the Rules of this court.

**COMMISSIONER OF INTERNAL REVENUE v. ESTATE OF Irving Lee STONE, Irving K. Stone and Marcus M. Farley, Executors and Trustees.**

No. 6305.

Circuit Court of Appeals, Sixth Circuit.

Oct. 4, 1932.

G. A. Youngquist, Asst. Atty. Gen., for petitioner.

Richard H. Wilmer, of Washington, D. C., for respondents.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for petitioner.